**Electronically Filed
Supreme Court
SCWC-17-0000451
24-NOV-2021
10:31 AM
Dkt. 19 ODMR**

SCWC-17-0000451

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

NICOLETA JACOBY,
Petitioner/Plaintiff-Appellee,

vs.

BENNETT JACOBY,
Respondent/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000451 and CAAP-19-0000664; FC-D NO. 08-1-281K)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of Respondent/Defendant-Appellant
Bennett Jacoby's Motion for Reconsideration ("motion"), filed
November 8, 2021, and the declaration and memorandum attached
thereto; Petitioner/Plaintiff-Appellee Nicoleta Jacoby's
memorandum in opposition to the motion, filed November 19, 2021;
and the records and files herein,

IT IS HEREBY ORDERED that the motion denied.

DATED: Honolulu, Hawaiʻi, November 24, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

